**Entered on Docket
February 25, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation,
Mortgage Asset-Backed Pass-Through Certificates Series 2007-PA2
09-75129

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-22331-lbr |
| Tan Y. Mar and Milagros Mar | Date: 2/17/10<br>Time: 10:30am |
| Debtors. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates Series 2007-PA2, its assignees and/or successors in interest, of the subject property, generally described as 9573 Orca Street, Las Vegas, NV 89123, and legally described as follows:

Lot fifty five (55) in Block one (1) of PACIFIC RICHMAR RANCH, as shown by Map thereof on file in Book 77 of plats page 86 in the office of the County Recorder of Clark County Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least 7   business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no sale shall occur prior to 30 days after the entrance of this order.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

//

//

//

//

//

//

//

//

//

//

1    IT IS FURTHER ORDERED that in the event a Notice of Default was recorded against this

2    particular property prior to July 1, 2009, the Debtor(s) can promptly submit a copy of this Order to the

3    State of Nevada, Foreclosure Mediation Program and the Order will be construed as an agreement

4    between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation under the

5    Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program.  The necessary

6    information can be accessed at "http://www.nevadajudiciary.us/".

7

8    DATED this _____ day of _____, 2010.

9    Submitted by:
     WILDE & ASSOCIATES
10

11

12   By_____
     GREGORY L. WILDE, ESQ.
13   Attorney for Secured Creditor
     208 South Jones Boulevard
14   Las Vegas, Nevada 89107

15   APPROVED / DISAPPROVED

16   _____

17   Elizabeth R. Deflyer
     1020 Garces Ave.
18   Las Vegas, NV 89101
     Attorney for Debtor(s)

19

20   APPROVED / DISAPPROVED

21   _____

22   Rick A. Yarnall
     701 Bridger Avenue #820
23   Las Vegas, NV  89101
     Chapter 13 Trustee

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x___ failed to respond to the document


_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document


_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor